■ GERALD E. WHELAN et al., Appellants, v TRACY A. COVERS et al., Respondents. (Appeal No. 2.) [673 NYS2d 965] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.

■ In the Matter of TIMOTHY S. ALBERRY, Respondent, v CHRISTINA J. ALBERRY, Appellant. [675 NYS2d 575] —Order unanimously affirmed without costs. Memorandum: Family Court had the authority to grant petitioner father sole custody of the parties' child even though petitioner had voluntarily withdrawn his petition for such relief; respondent mother had cross-petitioned for sole custody and thus the issue was properly before the court (*see,* CPLR 3017 [a]; *Matter of Hermans v Hermans,* 74 NY2d 876, 878). The court's award of sole custody to petitioner has a sound and substantial basis in the record (*see, Matter of Hilliard v Peroni,* 245 AD2d 1107). (Appeal from Order of Jefferson County Family Court, Schwerzmann, J.—Custody.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.